1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLMARK HARDWOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMNI WOOD PRODUCT, LLC, et al., <br><br> Defendants. | Case No.  10-05896-SJO-JCG <br><br> **Hon. S. James Otero** <br><br> **ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF FIVE PAGES** <br><br> Date: N/A <br> Time:  N/A <br> Location:  312 N. Spring St. <br>              Courtroom 1, 2nd floor |

**ORDER**

Defendants Omni Wood Product, LLC; First Country, Inc.; New Harbors America, Inc.; Country Wide Hardwood Products, Inc.; Caliber Flooring, Inc.; Hallmark Wood America, Inc.; Michael Yu; and Fei Li (collectively "Defendants") have filed an *ex parte* application requesting leave to file a reply brief in excess of five pages. The brief is DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT. In Defendants' application they note that they have complied with the notification requirements of Local Rule 7-19, and that plaintiff Hallmark Hardwoods, Inc. ("HHI") opposes the application.

This Court has an Initial Standing Order For Cases Assigned To S. James Otero ("the Order"). On page 9, ¶ 19, the Order states: "No reply may exceed five pages." Likewise, on page 11, ¶ 21, the Order states: "Ex parte applications are discouraged." Moreover, to be considered and granted, a party must establish good cause for the application. See *Mission Power Eng'g Co. v. Continental Casualty Co.*, 883 F.Supp. 488 (C.D. Cal. 1995).

Defendants' *ex parte* application seeks leave to file a twelve-page reply brief in support of Defendants' Motion For Summary Judgment. Defendants state that they have contacted plaintiff's counsel, who opposes the *ex parte* application. Defendants contend that because plaintiff HHI's opposition to the motion includes eight documents, the declarations of Tony Pan and Cynthia D. Beck, and several substantive and evidentiary objections, they cannot reply to all of the opposition arguments in five pages. They need to address the specific facts raised by each of the exhibits to demonstrate that no genuine dispute of material fact exists. In addition, HHI raises several substantive and evidentiary issues that Defendants must address.

The Court has considered the *ex parte* application. In view of the preceding facts, the Court finds that Defendants have shown good cause for leave to file a reply

brief in excess of five pages. Therefore, Defendants' *Ex Parte* Application For Leave To File A Reply Brief In Excess Of Five Pages is GRANTED.

Defendants may file DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT.

IT IS SO ORDERED.

Dated: 9/21/11 _____
S. James Otero
United States District Judge

Submitted on
September 19, 2011 by,

FOX ROTHSCHILD LLP

_____
Thomas T. Chan
Steven S. Hanagami

ATTORNEYS FOR DEFENDANTS